| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bilberry Farm Partnership** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (if known) | **2:25-bk-11688** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**  **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   3.1. **Simmons Bank**                             **Checking**                                              $0.00

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                        $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor  **Bilberry Farm Partnership**                     Case number *(If known)*  **2:25-bk-11688**
   <sub>Name</sub>

☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| JD4T74 tractor | $0.00 | | $0.00 |
| 2023 JD RD40 Draper FLEX | $0.00 | | $75,000.00 |
| farm equipment see attached list | $0.00 | Appraisal | $0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**                                                                                         $75,000.00

    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    **Bilberry Farm Partnership**                                    Case number *(If known)*  **2:25-bk-11688**
              Name

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Bilberry Farm Partnership**                                  Case number *(If known)*   **2:25-bk-11688**
          Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $75,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $75,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $75,000.00 |

**BILBERRY FARM PARTNERSHIP**

| Year | Description | S/N - VIN |
|---|---|---|
| | ==VALLEY 9 TOWER PIVOT== | |
| | KBH SEED TENDER ST 350 SELF CONTAINED W/KSI CONVEYOR | |
| | BRANDT HR 407 HIPPER ROLLER VERTICAL FOLD | |
| | ALLOWAY 6 ROW SHREDDER 3 PT | |
| | ROME LEVEE PLOW | |
| | FORREST CITY DITCHER | |
| | POLYPIPE PETRIVER | |
| | JD 915  9 SHANK SUBSOILER | |
| | TAGLONG BOOM | |
| | ~~PARIS GOOSENECK 35' EQUIPMENT TRAILER~~ | |
| | ~~W & A 1000 GAL STAINLESS FUEL TRAILER~~ | |
| | NEWTON CROUCH VARIABLE RATE FERTIZER BUGGY 5½TON | |
| | 1O" CAMELBACK PUMP | |
| | 1O" CAMELBACK PUMP | |
| | TRI AXLE WATER TENDER 4000 GL W/PUMP MIX | |
| | EZ TRAIL 3500 SEED TENDER SELF CONTAINED | |
| | ~~TCM 8500 LB FORKLIFT 7G40 MODEL~~ | A35L00198 |
| 2015 | ~~2015 VOLVO EXCAVATOR EC220EL /6004~~ | |
| | COCO SIDE MOUNT TANK PUMP 800 GALLON | |
| | ~~COCO SIDE MOUNT TANK PUMP 800 GALLON~~ | |
| | JD 709 CUTTER | |
| | ==RHINO 7' CUTTER== | |
| | PROCTOR 14'  ROAD KILFER BUCKET | |
| | HURRICANE 20" DITCHER | |
| | CASE 496 26'DISK | |
| | SUNFLOWER 1435 36' DISK | |
| | ~~IH  480 14' DISK~~ | |
| | ~~JD 980 FILELD 36' CULTIVATOR~~ | |
| | ~~CASE 2500 6 ROW INUNE RIPPER BUSTER~~ | |
| | ~~CASE 2500 6 ROW INLINE RIPPER BUSTER~~ | |
| | ~~ORTHMAN 2905 12 ROW PLOW~~ | |
| | ~~BINGHAM 12  ROW  HIPPER~~ | |
| | ASHLEY AG 12 ROW SINGLE BLADE HIPPER STACK | |
| | ~~RHINO 6 ROW SHREDDER~~ | |
| | ~~JD HX15 BATWING MOWER~~ | |
| | ~~REYNOLDS 17 YARD DIRT PANS W/ LASER SYSTEM~~ | |
| | REYNOLDS 17 YARD DIRT PANS W/ LASER SYSTEM | |
| | JD SUBSOILER | |
| | JD 12 ROW HOODED SPRAYER | |
| | ~~W&A 12 ROW HOODED SPRAYER~~ | |
| | JD 1720 12 ROW PLANTER LONG PANEL XP | |
| | JD  1720 12 ROW PLANTER LONG PANEL XP | |

| Year | Item | ID |
|---|---|---|
| | GREAT PLAINS 12 ROW TWIN ROW PLANTER CENTER FILL 3PYP40 | |
| | **GREAT PLAINS 25' DRILL** | |
| | JD 1730 15' PLANTER | |
| | DEMCO 850 GRAIN CART | |
| | DEMCO 875 GRAIN CART DUALLS | |
| | EZ POLY PIPE ROLLER | |
| | <u>SERVICE TRAILER 14'</u> | |
| 2019 | JD 790 COMBINE W/TRACKS | 805104 |
| 2014 | JD 680 COMBINE W/FLOAT TIRES , | 756365 |
| | ~~JD 4630 HI BOY~~ | 7N04630XKC0023575 |
| | ~~CASE IH 1456 TRACTOR~~ | 2650112U015506 |
| | CASE IH 1466 TRACTOR | 265212U022340 |
| 2005 | ~~IH CASE 450~~ | JEE0104762 |
| | ~~JD 4T74~~ | PE4045R885675 |
| | ~~JD 4039~~ | T04039D339481 |
| | ~~JD 4T100~~ | T04039D339481 |
| | ~~JD 4T100~~ | T010451769705 |
| | ~~JD 4T74~~ | PE4045R88565 |
| | ~~JD 4T74~~ | PE4045R965610 |
| | ~~JD 4T100~~ | T04039D339330 |
| | ~~JD 4T11~~ | 404T45TF150 |
| | DEUTZ 4 CYL POWER UNIT | |
| | CUMMINS B39-C | 45694834 |
| | CASE 4390 | DJA0004077 |
| | CASE 4360 | JA0006217 |
| | DEUTZ 5 CLY | 75L912 |
| | JD 276D | T04276D113936 |
| | CASE 4390 | DJA0004340 |
| | CASE 4390 | DJA009202 |
| | JD 4T74 | PE4045R879216 |
| | **JD 4T100** | PE4045T188309 |
| | JD 4T74 | PE4045R879215 |
| | **JD 4T74** | **885660** |
| | JD 4T74 | 88566 |
| | JD 8430 TRACTOR | RW8430P040751 |
| | ~~JD 8430 TRACTOR~~ | RW8430P018896 |
| | JD 831OR TRACTOR | ROHHNBR309163 |
| | **JD 8320R TRACTOR** | **ROM8NBR613909** |
| | **JD 6120M TRACTOR W/LOADER** | **1L06120MAJG910444** |
| | **JD 8400 T TRACTOR** | **RW8400T902787** |
| | 5 - GPS GUIDANCE SYSTEMS (5@ $7500 EA) | TCE SYSTEMS (5@ $75 |
| 2023 | **JD RD40 DRAPER FLEX** | **FLEX** |
| 2014 | **JD 635 DRAPER** | **DRAPER** |
| | GEARRINGOFF 8 ROW CORN HEADER | |
| | ~~HARVEST MASTER HOPPER BOTTOM TRLR~~ | 5TU124021DS000681 |

|      | Description                         | VIN / Serial           |
|------|-------------------------------------|------------------------|
|      | HARVEST MASTER HOPPER BOTTOM TRLR   | 5TU12402X8S000846      |
|      | HARVEST MASTER HOPPER BOTTOM TRLR   | 5TU1240259S000674      |
|      | HARVEST MASTER HOPPER BOTTOM TRLR   | 5TU124022ES000111      |
|      | TRAIL KING TK100 LOWBOY TRLR        | 1TKH0463IRM122981      |
| 2006 | MACK TRUCK                          | 1M1AK06Y37N021921      |
| 2015 | FREIGHTLINER TRUCK                  | 3HKJGED5XGSHS2233      |
| 2016 | FREIGHTLINER TRUCK                  | 3HKJGEDVXFSGA4230&     |
| 1995 | VOLVO TRUCK                         | TN7257782              |

| Hours / Mileage | Hours-2 | VALUE | |
|---|---|---|---|
| | | 25,000.00 | Simmons Bank |
| | | 12,500.00 | |
| | | 12,500.00 | |
| | | 1200.00 | |
| | | 600.00 | |
| | | 1200.00 | |
| | | 4500.00 | |
| | | 3500.00 | |
| | | 2500.00 | |
| | | 6500.00 | |
| | | 3500.00 | |
| | | 15000.00 | |
| | | 3000.00 | |
| | | 3000.00 | |
| | | 15000.00 | |
| | | 3750.00 | |
| | | 6,500.00 | |
| | | 65000.00 | Possible SL with AgHertiage |
| | | 1500.00 | |
| | | 1500.00 | |
| | | 700.00 | |
| | | 600.00 | Possible SL with Simmons Bank |
| | | 2,500.00 | |
| | | 5,000.00 | |
| | | 3,500.00 | |
| | | 7,500.00 | |
| | | 1,500.00 | |
| | | 4,500.00 | |
| | | 8,500.00 | |
| | | 8,500.00 | |
| | | 17,000.00 | |
| | | 12,500.00 | |
| | | 13,000.00 | |
| | | 3,500.00 | |
| | | 9,000.00 | |
| | | 20,000.00 | |
| | | 20,000.00 | |
| | | 2,000.00 | |
| | | 2,500.00 | |
| | | 1,500.00 | |
| | | 14,000.00 | |
| | | 14,000.00 | |

| | | | |
|---|---|---|---|
| | | 12,000.00 | |
| | | 8,000.00 | Simmons Bank |
| | | 5,500.00 | |
| | | 16,000.00 | |
| | | 14,000.00 | |
| | | 3,500.00 | |
| | | 5,000.00 | |
| ENGINE HOURS 1,83 | SEP HOURS 1,200 | 200,000.00 | |
| ENGINE HOURS 2,80 | SEP HOURS 1,780 | 79,000.00 | Simmons Bank |
| | 2,917 | 50,000.00 | |
| | | 6,000.00 | |
| | | 7,000.00 | |
| | 8,484 | 28,000.00 | |
| | 2,731 | 12500.00 | Aghertiage Farm Credit Services |
| | 9,070 | 6000.00 | |
| | 7,357 | 8000.00 | |
| | 9,341 | 8000.00 | |
| | 2,461 | 12500.00 | |
| | 3,655 | 12500.00 | Aghertiage Farm Credit Services |
| | 6,004 | 8000.00 | |
| | 4,502 | 8000.00 | |
| | 7,285 | 5000.00 | |
| | | 5000.00 | |
| | 9,714 | 5000.00 | |
| | 9,871 | 5000.00 | |
| | | 4500.00 | |
| | | 4500.00 | |
| | | 4500.00 | |
| | 4,226 | 5000.00 | |
| | 3,645 | 12500.00 | |
| | | 8000.00 | Simmons Bank |
| | 3,800 | 12500.00 | |
| | 2,800 | 12500.00 | Aghertiage Farm Credit Services |
| | 3,200 | 12500.00 | |
| | 8,874 | 65,000.00 | |
| | 9,506 | 60,000.00 | |
| | 2,462 | 90,000.00 | |
| | 4,823 | 100,000.00 | Simmons Bank |
| | 2,363 | 65,000.00 | Simmons Bank |
| | 7,103 | 40,000.00 | Simmons Bank |
| | 7,500 | 37,500.00 | |
| | | 75,000.00 | Possible SL with JDF |
| | | 15,000.00 | Simmons Bank |
| | | 15,000.00 | |
| | | 17,000.00 | |

|         |            |
|---------|------------|
|         | 17,000.00  |
|         | 17,000.00  |
|         | 17,000.00  |
|         | 30,000.00  |
|         | 14,000.00  |
| 525,000 | 18,000.00  |
| 544,853 | 18,000.00  |
|         | 5,000.00   |
|         | **1,377,800.00** |

-2500

6500
65000

1500

1500
4500
8500
8500
17000
12500

3500
9000
20000

1500

5000

50000
6000

28000
12500
6000
           8000
           8000
          12500
          12500
           8000
           8000

60000

17000

18000

**NEW TOTAL 949,800**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bilberry Farm Partnership** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF ARKANSAS** |
| Case number (if known) | **2:25-bk-11688** |

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  Agheritage Farm Credit**
Creditor's Name
**Service PC**
**119 E. 3rd St, Ste 200**
**Little Rock, AR 72201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**JD4T74 tractor**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$12,500.00**   Column B: **$0.00**

---

**2.2  John Deere Financial FSB**
Creditor's Name
**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2023 JD RD40 Draper FLEX**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$0.00**   Column B: **$75,000.00**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

Debtor **Bilberry Farm Partnership**
Name

Case number (if known) **2:25-bk-11688**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $10,823.54 | $0.00 |

Creditor's Name

**P O Box 7009**
**Pine Bluff, AR 71611-7009**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6097**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $13,833.06 | $0.00 |

Creditor's Name

**farm equipment see attached list**

**P O Box 7009**
**Pine Bluff, AR 71611-7009**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9561**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $12,131.38 | $0.00 |

Creditor's Name

**P O Box 7009**
**Pine Bluff, AR 71611-7009**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☒ No

---

| Debtor | **Bilberry Farm Partnership** | Case number (if known) | **2:25-bk-11688** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3994**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $11,160.31 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P O Box 7009**
**Pine Bluff, AR 71611-7009**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1963**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $318,723.19 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P O Box 7009**
**Pine Bluff, AR 71611-7009**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4279**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $15,098.57 | $0.00 |
|---|---|---|---|---|

| Debtor | **Bilberry Farm Partnership** | Case number (if known) | **2:25-bk-11688** |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**P O Box 7009**
**Pine Bluff, AR 71611-7009**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9523**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$394,270.05**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |