UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

In Re: BILBERRY FARM PARTNERSHIP, Debtor          Case No: 2:25-11688
                                                  Chapter 12

MOTION TO CONFIRM SALE OF PERSONAL PROPERTY
FREE AND CLEAR OF LIENS & CLAIMS

Comes now the Debtor in Possession and for ITS Motion to Confirm Sale of Personal
Property Free of Liens and Claims and states:

1. That on June 2, 2025, the Debtor in Possession filed a Motion to Sell Personal
Property Free and Clear of Liens at Public Auction. The Motion indicated that the Debtor in
Possession would conduct a public sale of the attached described personal property consisting of
farming equipment on June 24, 2025.

2. Additionally, the Debtor in Possession's Motion stated that the auction would be
conducted by Big Iron.

3. An Order was entered by this Court on June 17, 2025, approving the Debtor in
Possession's request to conduct public sale of the assets described above.

4. On June 24, 2025, the Debtor in Possession offered to sell all of the
personal property described in his motion by public auction. Offers were received on all of
the assets. The Debtor in Possession accepted the public bids on all assets.  The Debtor in
 Possession agreed to sell the personal property for $739,139.00 to various purchasers. The Sale
Report is attached as an Exhibit. The Debtor in Possession is requesting confirmation of the sale
of the personal property described herein, free and clear of liens and claims, with said liens and
claims attaching to the proceeds received from the sale

5. Simmons Bank claims a first lien on most of the property specifically and by virtue of
a blanket lien on the rest.

.   6. That proceeds of the sale shall be distributed as follows:

> The Proceeds of the sale shall be charged with administrative expenses of the sale, The Administrative expenses include but, are not limited to the costs of the sale which were Auctioneer Commissions of $70,223.27 auction services of $7,500.00, combine repairs of $1374.79 to be assessed to that equipment, JD 8430 tire repaid of 331.92 to be assessed to that equipment, Case 25761386615 offsets of $6,147.63 to be assessed to that equipment, Case 26317392237 credits and costs of $2,828.19 to be assessed to that equipment and, advertising fees of $5,700.00. There are some items with title issues totaling $84,708.90 which will be remitted to the Trustee when those issued are cured. The Chapter 12 Trustee has received $559,165.40

7. The Debtor in Possession requests the Court enter an Order confirming the sale of the personal property described herein free and clear of liens and claims, with and said liens and claims attaching to the proceeds received from the sale.

WHEREFORE, The Debtor in Possession prays that this Court enter an Order confirming the sale of the personal property described above free and clear of liens and claims, instructing that all liens and claims attached to the personal property being sold shall attach to the proceeds received from the sale, approving the distribution of proceeds received from the sale in accordance with the Debtor in Possession's request as outlined above and approving the remaining proposed actions outlined in this Motion and for all other relief.

Respectfully Submitted,
/s/Kyle Havner
Kyle Havner 91179
Havner Law Firm PA
PO Box 21539
White Hall, AR 71612
501-352-4284
501-712-1235 fax

**BigIron**
AUCTIONS

**BigIron**

PO Box 266 | 213 Beaver St
St Edward, NE 68660-0266
18009373558
Fax: 402-678-2511

**Settlement**
S2097614
Tue, Jun 24, 2025

Renee S. Williams, Trustee
205 Masonville Rd
Eudora, AR 71640-9669

Day: 870-997-0134
denawellis@gmail.com
Bidder Number: 836865

Each item on your settlement statement has a unique PAYMENT CODE for your protection. Before you release an item to a buyer, ensure that the buyer presents an invoice with the identical PAYMENT CODE. If a buyer is attempting to pick up an item without an invoice, or the invoice does not contain the PAYMENT CODE, please call BigIron Customer Service at 1-800-937-3558.

## Jun 24, 2025 - Bilberry Farms Partnership

### James Bilberry

| Lot | Description | Amount |
|---|---|---|

**KH0522**



**2013 John Deere 8310R MFWD Tractor**

2013 John Deere 8310R MFWD Tractor, 6,507 hrs showing, IVT trans, ILS front suspension, 5 hyd outlets, Large 1,000 PTO, quick hitch, front weights, front/rear fenders, 480/80R50 rear duals, unknown front tire size, 38" tire spacing, SN: R0AHNBR309163
**PAYMENT CODE: UT2N8DJ5**

*** ITEM PAID ***
Proceeds $80,250.00
Commission: 9.5%. ($7,623.75)
**Net Proceeds:** **$72,626.25**

**Bidder:** Cameron Reed, Washington, IA, Day: 319-461-1479, reedfarms@hotmail.com
Bidder Number: 22687

**KH0523**



**2016 John Deere 8320R MFWD Tractor**

2016 John Deere 8320R MFWD Tractor, 4823 hrs showing, IVT trans, ILS front suspension, 4 hyd outlets, Large 1,000 PTO, quick hitch, front/rear weights, front/rear fenders, 10" display, Data Sync, Section Control, 420/85R34 front duals, 480/80R50 rear duals, 38" tires spacing, SN: 1RW8320RLGD111037
**PAYMENT CODE: RKXE988E**

*** ITEM PAID ***
Proceeds $110,250.00
Commission: 9.5%. ($10,473.75)
**Net Proceeds:** **$99,776.25**

**Bidder:** Michael Bennett - Bennett & Sons Farms, Lake Village, AR, Day: 570-510-6929, mlb119@live.com
Bidder Number: 167626

**KH0524**



**2018 John Deere 6120M MFWD Tractor w/Loader**

2018 John Deere 6120M MFWD Tractor w/Loader, 2,368 hrs showing, John Deere 4-cylinder, PowrQuad, 16 Forward Speeds, Small 1000 PTO, Rear PTO, 3 Hydraulic Outlets, Rear Fender 3-Pt Hitch Control, 3-Point w/Quick Hitch, ag draw bar, 380/85R24 Front Tires, 460/85R34 Rear Tire Size, John Deere 640R, Quick Attach Loader, Quick Attach Bucket, Joystick Loader Control, Single Point Loader Hyd. Hook-up, 8' Loader Bucket Width, Standard Cloth Seat, Rear Fenders, 97" Bucket, SN: 1L06120MAJG910444
**PAYMENT CODE: P9QFE4JS**

*** ITEM PAID ***
Proceeds $60,000.00
Commission: 9.5%. ($5,700.00)
**Net Proceeds:** **$54,300.00**

**Bidder:** Frederick Black - Walnut Lake Leasing LLC, Pickens, AR, Day: 870-692-6536, rapco@centurytel.net
Bidder Number: 118121



**KH0525**  **2009 John Deere 1720 MaxEmerge XP 12R38 3-PT Planter**

2009 John Deere 1720 MaxEmerge XP 12R38 3-PT Planter, 22,132,377 Acreage Count, ground rive, spring down pressure, vacuum, ISOBUS, copper head gauge wheels, rubber closing wheels, in-row liquid fert, RM Distributors liquid pump, x2 Buffalo ridgers, 7.60-15 tires, SN: A01720R735286
**PAYMENT CODE: 1GU0FQF9**

*** ITEM PAID ***
|  |  |
|---|---|
| Proceeds | $15,750.00 |
| Commission: 9.5%. | ($1,496.25) |
| **Net Proceeds:** | **$14,253.75** |

**Bidder:** Patrick Deshotels - PD Deshotels Equipment Company, Plaucheville, LA, Day: 318-359-9889, patdeshotels@hotmail.com
Bidder Number: 838664



**KH0526**  **2008 CTS GHT-40ST 40' Steel Hopper Bottom T/A Grain Trailer**

2008 Cts GHT-40ST 40' Steel Hopper Bottom T/A Grain Trailer, roll tarp, 2 Ag hoppers, spring ride, 11R24.5 tires, steel wheels, VIN: 5TU12402X8S000846
**PAYMENT CODE: L183BAZR**

*** ITEM PAID ***
|  |  |
|---|---|
| Proceeds | $13,750.00 |
| Commission: 9.5%. | ($1,306.25) |
| **Net Proceeds:** | **$12,443.75** |

**Bidder:** Matthew Batton, Lk Providence, LA, Day: 318-282-0900, davisbatton31@gmail.com
Bidder Number: 838662



**KH0527**  **2007 Mack CXN613 T/A Day Cab Truck Tractor**

2007 Mack CXN613 T/A Day Cab Truck Tractor, 24,156 Hrs Showing, 988,484 miles Showing, Title Will Be Marked Miles Exempt, Mack 11.9L Turbo Diesel Engine, MaxiTorque ES 10-speed manual transmission, air ride, 163" wheelbase, 295/75R22.5 tires, aluminum wheels, VIN: 1M1AK06Y37N021921
**PAYMENT CODE: OBCNLT6M**

*** ITEM PAID ***
|  |  |
|---|---|
| Proceeds | $11,250.00 |
| Commission: 9.5%. | ($1,068.75) |
| **Net Proceeds:** | **$10,181.25** |

**Bidder:** De Paul - D&D Equipment, LLC, Yazoo City, MS, Day: 662-571-5494, depaul28@yahoo.com
Bidder Number: 837435



**KH0528**  **2009 CTS GHT-40ST 40' Steel Hopper Bottom T/A Grain Trailer**

2009 Cts GHT-40ST 40' Steel Hopper Bottom T/A Grain Trailer, roll tarp, 2 Ag hoppers, spring ride, 11R24.5 tires, steel wheels, VIN: 5TU1240259S000674
**PAYMENT CODE: 0L85QIG7**

*** ITEM PAID ***
|  |  |
|---|---|
| Proceeds | $13,750.00 |
| Commission: 9.5%. | ($1,306.25) |
| **Net Proceeds:** | **$12,443.75** |

**Bidder:** Matthew Batton, Lk Providence, LA, Day: 318-282-0900, davisbatton31@gmail.com
Bidder Number: 838662



**KH0529**  **1999 Kenworth T800 T/A Day Cab Truck tractor**

1999 Kenworth T800 T/A Day Cab Truck tractor, 29,470 Hrs Showing, 98,490 miles Showing, Title Will Be Marked Miles Exempt, Cummins N14 Turbo Diesel Engine, Eaton Fuller 10-speed manual transmission, sliding 5th wheel, air ride, air ride cab, 181" wheelbase, 11R22.5 tires, aluminum wheels, VIN: 1XKDD69X2XR798293
**PAYMENT CODE: IMVYZGAX**

*** ITEM PAID ***
|  |  |
|---|---|
| Proceeds | $7,200.00 |
| Commission: 9.5%. | ($684.00) |
| **Net Proceeds:** | **$6,516.00** |

**Bidder:** Tony Haynes, Bastrop, LA, Home: 318-281-6915, tonyhaynes57@yahoo.com
Bidder Number: 107583

**KH0530**



### 2013 CTS GHT-40 40' Steel Hopper Bottom T/A Grain Trailer

2013 Cts GHT 40' Steel Hopper Bottom T/A Grain Trailer, Roll Tarp, Ag Hoppers, Spring Ride, 11R24.5 tires, Steel Wheels, VIN: 5TU124021DS000681
**PAYMENT CODE: I369GNIS**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $15,250.00 |
| Commission: 9.5%. | ($1,448.75) |
| **Net Proceeds:** | **$13,801.25** |

**Bidder:** Matthew Muse - M2 farms llc, Lk Providence, LA, Day: 318-282-9338, mattmuse56@gmail.com
Bidder Number: 223777

**KH0531**



### Great Plains Solid Stand 24' Grain Drill

Great Plains Solid Stand 24' Grain Drill, 4 Auxiliary Hydraulics, 9.5-15 Operational Tires, Pin Hitch, Mechanical Meter, Power Folding, Spring Down Assist, Folding Markers, Scrapers, 7.5" Spacing, 25' Width, Rubber Closing Wheels, Ground Drive, SN: 5F
**PAYMENT CODE: EHZ19RJS**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $5,600.00 |
| Commission: 9.5%. | ($532.00) |
| **Net Proceeds:** | **$5,068.00** |

**Bidder:** Bruce Wurtz - Flying w ranch, Riley, KS, Day: 785-587-7535, flyingwranch@gmail.com
Bidder Number: 11222

**KH0532**



### Demco 850 Grain Cart

Demco 850 Grain Cart, 18" auger diameter, adjustable auger spout, Large 1,000 PTO, roll tarp, 30.5L-32 tires, SN: D20577
**PAYMENT CODE: A0YAQECR**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $19,500.00 |
| Commission: 9.5%. | ($1,852.50) |
| **Net Proceeds:** | **$17,647.50** |

**Bidder:** Wendy Wilkison - Wendrew Farms llc, Heber Springs, AR, Day: 870-630-7774, wilkison1975@gmail.com
Bidder Number: 838640

**KH0533**



### 1997 John Deere 8300 MFWD Tractor

1997 John Deere 8300 MFWD Tractor, Powershift transmission, 3 hyd outlets, 1,000 PTO, quick hitch, 400 gal front saddle tank w/pump, 420/85R28 front tires, 18.4R42 rear duals, 38" tire spacing, NOTE: hours unknown, SN: RW8300P012084
**PAYMENT CODE: N6D662A8**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $21,950.00 |
| Commission: 9.5%. | ($2,085.25) |
| **Net Proceeds:** | **$19,864.75** |

**Bidder:** Dwight Lineberry - Lineberry farms, Alligator, MS, Day: 731-676-4953, dwightlineberry22@gmail.com
Bidder Number: 246120

**KH0534**



### J&M 875 Grain Cart

J&M 875 Grain Cart, SN: 4114
**PAYMENT CODE: 82IH55FJ**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $14,000.00 |
| Commission: 9.5%. | ($1,330.00) |
| **Net Proceeds:** | **$12,670.00** |

**Bidder:** Spencer Johnson - Keith Farms, Lake Village, AR, Day: 662-571-8992, spencerjdpt89@gmail.com
Bidder Number: 838524

**KH0536**



### Hurricane 20" 3-PT Ditcher

Hurricane 20" 3-PT Ditcher, small 1,000 PTO, 1 ripper shank
**PAYMENT CODE: VM7613JP**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $2,350.00 |
| Commission: 9.5%. | ($223.25) |
| **Net Proceeds:** | **$2,126.75** |

**Bidder:** Charles Poole - Charles Poole Farm, Eudora, AR, Day: 870-355-3065, bmpc06@gmail.com
Bidder Number: 838678

**KH0537**          **Newton Crouch Pull-Type Dry Fertilizer Spreader**



Newton Crouch Pull-Type Dry Fertilizer Spreader, 4 Hydr. Connections, Fixed Axle, Pin Hitch, Hydraulic
Spinner, drive, aluminum box, Green Star Dry Rate Controller, 18.4-24 tires, SN: 1-13-10399
**PAYMENT CODE: DU6Y6EJ4**

*** ITEM PAID ***
    Proceeds                                                                          $3,800.00
    Commission: 9.5%.                                                              ($361.00)
                    **Net Proceeds:**     **$3,439.00**

**Bidder:** Wayne Bodenstein, Cpe Girardeau, MO, Day: 573-243-1693, wbodenstein77@gmail.com
Bidder Number: 63575

**KH0539**          **McFarlane SPR-12R38F 38' 3-PT Do-All**



McFarlane SPR-12R38F 38' 3-PT Do-All, Rotary Cultivator, 3 Point Hitch, Power Folding, 12 Rows, 38"
Spacing, 40' Width, Rolling Baskets, 5 Bar Spike Tooth Harrow, 7.60-15 Tires, SN: 16854
**PAYMENT CODE: LPX177TC**

*** ITEM PAID ***
    Proceeds                                                                          $4,000.00
    Commission: 9.5%.                                                              ($380.00)
                    **Net Proceeds:**     **$3,620.00**

**Bidder:** Dwight Lineberry - Lineberry farms, Alligator, MS, Day: 731-676-4953,
dwightlineberry22@gmail.com
Bidder Number: 246120

**KH0540**          **John Deere 1700 MaxEmerge Plus 16R17 3-PT Planter**



John Deere 1700 MaxEmerge Plus 16R17 3-PT Planter, Ground Drive, Spring Down Pressure, Vacuum,
Rubber Closing Wheels, 7.60-15 Tires, Unknown Acres, SN: H01700R675798
**PAYMENT CODE: 0BMMKKUK**

*** ITEM PAID ***
    Proceeds                                                                          $4,100.00
    Commission: 9.5%.                                                              ($389.50)
                    **Net Proceeds:**     **$3,710.50**

**Bidder:** Barrett Brothers - Brothers Truck & Trailer, Osceola, AR, Mobile: 870-815-7863,
bwb.brothers@comcast.net
Bidder Number: 125352

**KH0543**          **2009 John Deere 1720 MaxEmerge XP 12R38 Planter**



2009 John Deere 1720 MaxEmerge XP 12R38 Planter, Six Hydraulic Connections Auxiliary Hydraulics,
9.5-15 Operational Tires, 3 Point Hitch, Power Folding, 12 Rows, 38" Spacing, 40' Wide, Ground Drive,
SN: A01720R735526
**PAYMENT CODE: NNVY5JRO**

*** ITEM PAID ***
    Proceeds                                                                          $11,500.00
    Commission: 9.5%.                                                              ($1,092.50)
                    **Net Proceeds:**     **$10,407.50**

**Bidder:** Patrick Deshotels - PD Deshotels Equipment Company, Plaucheville, LA, Day: 318-359-9889,
patdeshotels@hotmail.com
Bidder Number: 838664

**KH0544**          **Geringhoff NorthStar Elite 8R38 Corn Head**



Geringhoff NorthStar Elite 8R38 Corn Head, SN: 1011130190838, W/ head trailer, Pin hitch
**PAYMENT CODE: KSSB9UYI**

*** ITEM PAID ***
    Proceeds                                                                          $13,250.00
    Commission: 9.5%.                                                              ($1,258.75)
                    **Net Proceeds:**     **$11,991.25**

**Bidder:** Jason Zalman, El Campo, TX, Day: 979-541-7566, jasonzalman@gmail.com
Bidder Number: 334575

**KH0545**



### 2013 John Deere S680 4WD Combine

2013 John Deere S680 4WD Combine, 2,803 Engine Hours showing, 1,788 Separator Hours showing, John Deere 6-cyl engine, Hydrostatic, Variable Speed Header Drive, Lateral Header Tilt, Hydraulic Fore/Aft Reel Adjustment, Single Point Hookup, Large Wire Concaves, Electric Concave Adjustment, Electric Sieve and Chaffer Adjustment, Extended Wear Package, Rotary Chopper, Differential Lock, 1250/45-32 Front Tires, 750/65R26 Rear Tires, Electric Adjustable Mirrors, Air suspension operator seat, ProDrive trans, PowerCast tailboard, ContourMaster, power fold bin extension, 1250/45-32 front tires, 750/65R26 rear tires, 10" display, SN: 1H0S680SHD0756365
**PAYMENT CODE: WGCHWAB0**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $66,250.00 |
| Commission: 9.5%. | ($6,293.75) |
| **Net Proceeds:** | **$59,956.25** |

**Bidder:** Lane Tucker, Star City, AR, Day: 870-370-9591, mickeytucker17@gmail.com
Bidder Number: 144563

---

**KH0546**



### John Deere 8400T Track Tractor

John Deere 8400T Track Tractor, 7,105 hrs showing, powershift transmission, 4 hydraulic outlets, 1000 PTO, 24" tracks, front weights, SN: NOT READABLE
**PAYMENT CODE: ZLDIAX53**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $24,750.00 |
| Commission: 9.5%. | ($2,351.25) |
| **Net Proceeds:** | **$22,398.75** |

**Bidder:** Seth Ferri, Portland, AR, Day: 870-265-6588, sethferri@ymail.com
Bidder Number: 176876

---

**KH0550**



### Orthman Lister Plow

Orthman Lister Plow, Row Cultivator, 3 Point Hitch, Power Folding, 12 Rows, 38" Spacing, 40' Width
**PAYMENT CODE: PA3Y5VG8**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $12,250.00 |
| Commission: 9.5%. | ($1,163.75) |
| **Net Proceeds:** | **$11,086.25** |

**Bidder:** Jim Workman - Ouachita River Cattle and Land Co, Pine Bluff, AR, Day: 501-912-0598, swimjim_1@yahoo.com
Bidder Number: 138357

---

**KH0551**



### 1989 Trail King TK100DGP-463 37'x102" Tri/A Detachable Lowboy

1989 Trail King TK100DGP-463 37'x102" Tri/A Detachable Lowboy, Air Suspension, Air Brakes, 102" Width, Wood Floor, Steel Frame, Kingpin, Detachable Drop Deck, air ride, triple axle, 25' belly deck, 12' rear deck, construction outriggers, Briggs & Stratton, 10 HP pony motor, 2 front ramps, 255/70T22.5 tires, aluminum wheels, VIN: 1TKH04631KM122981
**PAYMENT CODE: 3BYVK253**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $28,100.00 |
| Commission: 9.5%. | ($2,669.50) |
| **Net Proceeds:** | **$25,430.50** |

**Bidder:** Les Brown - L&N Ag inc., Brinkley, AR, Day: 870-734-8686, eddiedry@aol.com
Bidder Number: 118215

---

**KH0552**



### 2015 Freightliner Cascadia 125 T/A Day Cab Truck Tractor

2015 Freightliner Cascadia 125 T/A Day Cab Truck Tractor, 544,888 miles Showing, Title Will Be Marked Miles Exempt, Detroit DD13 12.8 Turbo Diesel Engine, Eaton Fuller transmission, 10 Forward Speeds, Dual Fuel Tanks, Single Exhaust, 6x4 Drive, 205"" Wheel Base, Air Suspension, 4 Air Bag(s), 11R22.5 Front Tires, Differential Lock, Steel Rims, Air Ride Cab, Heater, AC, Radio, Air ride seat, sliding 5th wheel, air ride, air ride cab, 295/75R22.5 tires, steel wheels, VIN: 3AKJGEDVXFSGA4208
**PAYMENT CODE: OOM5S62T**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $11,501.00 |
| Commission: 9.5%. | ($1,092.60) |
| **Net Proceeds:** | **$10,408.40** |

**Bidder:** Todd HIll - Tristateford, Maryville, MO, Day: 660-582-3677, tristatefordlm@gmail.com
Bidder Number: 141166

**KH0553**



**2009 John Deere 635D Draper Header**

2009 John Deere 635D Draper Header, SN: H00635D730386
**PAYMENT CODE: HNOAF93B**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $11,751.00 |
| Commission: 9.5%. | ($1,116.35) |
| **Net Proceeds:** | **$10,634.65** |

**Bidder:** James Perdue, Kingfisher, OK, Day: 405-863-6699, bullman17093@gmail.com
Bidder Number: 9206

**KH0554**



**Brandt HR40F Hipper Roller**

Brandt HR40F Hipper Roller, 11L-15 Front Tires, 3 Point Hitch, Power Folding, 12 Rows, 38" Spacing, 40' Width

**PAYMENT CODE: W0J9EJ9G**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $6,055.00 |
| Commission: 9.5%. | ($575.23) |
| **Net Proceeds:** | **$5,479.77** |

**Bidder:** Clint Vos - Mid Iowa Equipment, Inc, Newton, IA, Day: 641-792-9422, midiaeq@yahoo.com
Bidder Number: 8095

**KH0560**



**Great Plains 3PYPA-24TR38 Planter**

Great Plains 3PYPA-24TR38 Planter, Six Hydraulic Connections Auxiliary Hydraulics, 7.60-15 Operational Tires, 16.5L-16.1 Transport Tires, 3 Point Hitch, 24 Rows, 38" Spacing, 40' Wide, Central Fill Hoppers, Ground Drive, Vacuum Meter, Bean Discs, Pneumatic Row Clutches, Spring Down Force, Scrapers, SN: GP-B1045J

**PAYMENT CODE: 81KA6GA1**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $5,600.00 |
| Commission: 9.5%. | ($532.00) |
| **Net Proceeds:** | **$5,068.00** |

**Bidder:** Ken Culipher, Texarkana, AR, Day: 903-293-1508, bossman262@aol.com
Bidder Number: 312466

**KH0561**



**Sunflower 1434 Disk**

Sunflower 1434 Disk, 34'' Wide, 12.5L-15fl Front Tires, Pin Hitch, Power Folding, Scrapers
**PAYMENT CODE: 1AGCQV8W**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $6,300.00 |
| Commission: 9.5%. | ($598.50) |
| **Net Proceeds:** | **$5,701.50** |

**Bidder:** Clay Poole - Poole Farms, Eudora, AR, Day: 870-997-0822, poole.clay@gmail.com
Bidder Number: 257101

**KH0562**



**Case IH 496 Disk**

Case IH 496 Disk, 24' Wide, 9.5L-14 Rear Tires, Power Folding, Scrapers, SN: JAG159894
**PAYMENT CODE: XZS0JA3O**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $1,609.00 |
| Commission: 9.5%. | ($152.86) |
| **Net Proceeds:** | **$1,456.14** |

**Bidder:** Tommy Turner - Tommy Turner Jr Farms, Eudora, AR, Day: 870-355-1373, turnertommy450@gmail.com
Bidder Number: 157731

**KH0563**



**2009 John Deere 8430 MFWD Tractor**

2009 John Deere 8430 MFWD Tractor, 8,914 hrs showing, John Deere 6-cylinder, PowerShift, 16 Forward Speeds, 4 Reverse Speeds, Large 1000 PTO, 4 Hydraulic Outlets, Hydraulic top Link, Ag draw bar with Clevis, 480/70R34 Front Tires, 480/80R46 Rear Tire Size, Rear Duals, 38" Tire Row Spacing, 22 Front Weights, Standard Cloth Seat, Air ride seat, SN: RW8430P040751

**PAYMENT CODE: 2ITNG5ST**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $59,500.00 |
| Commission: 9.5%. | ($5,652.50) |

Net Proceeds: $53,847.50

**Bidder:** Sam Witte - Witte LLC, Quincy, IL, Day: 217-242-9006, sam_witte@hotmail.com
Bidder Number: 203137



**KH0564**  **Case IH 4391T Power Unit**

Case IH 4391T Power Unit, 4,226 Hrs Showing, Cummins 4-Cylinder, Diesel, Water Cooled Engine, Trailer Mount, 215/75R15 Transport Tires, SN: DJA0009202
**PAYMENT CODE: YPDV3GE0**

*** ITEM PAID ***
| | |
|---|---|
| Proceeds | $3,150.00 |
| Commission: 9.5%. | ($299.25) |
| Net Proceeds: | **$2,850.75** |

**Bidder:** Brad Judson - Delta Point Partnership, Inverness, MS, Day: 662-341-4157, bradjudson@comcast.net
Bidder Number: 831165



**KH0565**  **Deutz Power Unit w/Berkeley Pump**

Deutz Power Unit w/Berkeley Pump, 127 Hrs Showing, Deutz 4 cyl, Diesel, Air Cooled Engine, Stationary, 6" Berkeley water pump
**PAYMENT CODE: 7208ETZA**

*** ITEM PAID ***
| | |
|---|---|
| Proceeds | $2,200.00 |
| Commission: 9.5%. | ($209.00) |
| Net Proceeds: | **$1,991.00** |

**Bidder:** Wendy Wilkison - Wendrew Farms llc, Heber Springs, AR, Day: 870-630-7774, wilkison1975@gmail.com
Bidder Number: 838640



**KH0566**  **Case IH 4390 Power Unit**

Case IH 4390 Power Unit, 3,317 Hrs Showing, Cummins 4-Cyl, Diesel, Water Cooled Engine, Trailer Mount, 215/75R15 Transport Tires, SN: DJA0004340
**PAYMENT CODE: 8KJ71NW3**

*** ITEM PAID ***
| | |
|---|---|
| Proceeds | $1,900.00 |
| Commission: 9.5%. | ($180.50) |
| Net Proceeds: | **$1,719.50** |

**Bidder:** Roger Hensley - Hensley Farms/Equipment, Eudora, AR, Day: 870-355-4657, rogerhensley1437@gmail.com
Bidder Number: 203458



**KH0567**  **John Deere 4045T Power Unit**

John Deere 4045T Power Unit, 240 Hrs Showing, 4 Cyl, SN: 04045T754857
**PAYMENT CODE: JMOOKRF8**

*** ITEM PAID ***
| | |
|---|---|
| Proceeds | $3,400.00 |
| Commission: 9.5%. | ($323.00) |
| Net Proceeds: | **$3,077.00** |

**Bidder:** Rusty Hunnicutt, Portland, AR, Day: 870-814-7358, rustyhunnicutt@gmail.com
Bidder Number: 64686



**KH0568**  **John Deere 4276D Power Unit**

John Deere 4276D Power Unit, 1,418 Hrs Showing, 4 Cyl, Diesel, Water Cooled Engine, Trailer Mount, 205/75D15 Operational Tires, SN: T04276D113936
**PAYMENT CODE: JNMRZM0P**

*** ITEM PAID ***
| | |
|---|---|
| Proceeds | $1,300.00 |
| Commission: 9.5%. | ($123.50) |
| Net Proceeds: | **$1,176.50** |

**Bidder:** Travis Burrow, Benton, AR, Day: 501-259-4768, tbmulefarm@icloud.com
Bidder Number: 837832



**KH0569**    **Deutz Power Unit**

Deutz Power Unit, 7,285 Hrs Showing, Deutz 4-Cyl, Diesel, Air Cooled Engine, Trailer Mount, 205/75D15 Transport Tires
**PAYMENT CODE: OOFCM4VX**

*** ITEM PAID ***
Proceeds                                                                                                              $6,050.00
Commission: 9.5%.                                                                                                    ($574.75)
                                                                                    Net Proceeds:                   **$5,475.25**

**Bidder:** Reynold Meyer, Eudora, AR, Day: 870-355-1800, armthree@yahoo.com
Bidder Number: 165450



**KH0570**    **Case IH 4390T Power Unit**

Case IH 4390T Power Unit, 9,871 Hrs Showing, Cummins 4-Cylinder, Diesel, Water Cooled Engine, Trailer Mount, 205/75D15 Operational Tires, SN: DJA0006217
**PAYMENT CODE: O4EHMJP3**

*** ITEM PAID ***
Proceeds                                                                                                              $3,850.00
Commission: 9.5%.                                                                                                    ($365.75)
                                                                                    Net Proceeds:                   **$3,484.25**

**Bidder:** Brad Judson - Delta Point Partnership, Inverness, MS, Day: 662-341-4157, bradjudson@comcast.net
Bidder Number: 831165



**KH0571**    **Cummins Power Unit**

Cummins Power Unit, 2,518 Hrs Showing, Cummins 4-cylinder, Diesel, Water Cooled Engine, 11L-15 Operational Tires
**PAYMENT CODE: FUR7GSSC**

*** ITEM PAID ***
Proceeds                                                                                                              $4,650.00
Commission: 9.5%.                                                                                                    ($441.75)
                                                                                    Net Proceeds:                   **$4,208.25**

**Bidder:** Rusty Hunnicutt, Portland, AR, Day: 870-814-7358, rustyhunnicutt@gmail.com
Bidder Number: 64686



**KH0572**    **John Deere 4045TF290 Power Unit**

John Deere 4045TF290 Power Unit, John Deere 4-Cyl, Diesel, Water Cooled Engine, Trailer Mount, 205/75D15 Operational Tires, SN: PE4045R879216
**PAYMENT CODE: ZL2G6CGC**

*** ITEM PAID ***
Proceeds                                                                                                              $6,200.00
Commission: 9.5%.                                                                                                    ($589.00)
                                                                                    Net Proceeds:                   **$5,611.00**

**Bidder:** Trent Felton Jr - T&M Farms, Marianna, AR, Day: 870-768-5575, trentfelton@me.com
Bidder Number: 625176



**KH0573**    **John Deere 4039D Power Unit**

John Deere 4039D Power Unit, 6,004 Hrs Showing, Diesel, Water Cooled Engine, Stationary, 4 Cyl, SN: T04039D339330
**PAYMENT CODE: 1DMAO471**

*** ITEM PAID ***
Proceeds                                                                                                              $2,600.00
Commission: 9.5%.                                                                                                    ($247.00)
                                                                                    Net Proceeds:                   **$2,353.00**

**Bidder:** Travis Burrow, Benton, AR, Day: 501-259-4768, tbmulefarm@icloud.com
Bidder Number: 837832



**KH0574**    **Case IH 4390T Power Unit**

Case IH 4390T Power Unit, 9,714 Hrs Showing, Cummins 4-cylinder, Diesel, Water Cooled Engine, Trailer Mount, 205/75D15 Transport Tires, SN: DJA0004077
**PAYMENT CODE: BMRV926J**

*** ITEM PAID ***
Proceeds                                                                                                              $3,100.00
Commission: 9.5%.                                                                                                    ($294.50)
                                                                                    Net Proceeds:                   **$2,805.50**

**Bidder:** Ken Cullipher, Texarkana, AR, Day: 903-293-1568, bossman262@aol.com
Bidder Number: 312466



### KP9659    12 Row 3-PT Liquid Fertilizer Bar

12 Row 3-PT Liquid Fertilizer Bar, 38" Spacing, 400 Gal Poly Tank, 7.60-15 Tires
**PAYMENT CODE: 1G0BTOZQ**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $575.00 |
| Commission: 9.5%. | ($54.63) |
| **Net Proceeds:** | **$520.37** |

**Bidder:** Zeb Benton, Rayville, LA, Day: 662-588-1627, zebbenton@ymail.com
Bidder Number: 69899



### KP9660    KBH ST350 Seed Tender

Kbh ST350 Seed Tender, Honda GX240 eng, 8" hyd conveyor auger, 2 compartments, roll tarp, tandem axle, 12.5L-15 tires, SN: ST51355
**PAYMENT CODE: LEU6B8H9**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $15,500.00 |
| Commission: 9.5%. | ($1,472.50) |
| **Net Proceeds:** | **$14,027.50** |

**Bidder:** Philip Good, Macon, MS, Mobile: 662-361-7227, philip@philipgoodfarms.com
Bidder Number: 567967



### KP9662    SA-AG 12 Row 3-PT Hipper

Sa-Ag 12 Row 3-PT Hipper, 38" Spacing, 9.5L-15 tires
**PAYMENT CODE: RT4NOQ08**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $9,100.00 |
| Commission: 9.5%. | ($864.50) |
| **Net Proceeds:** | **$8,235.50** |

**Bidder:** John jr Duraj - Dry Rain Farms LLC, Shelby, MS, Day: 662-902-6140, dryrainfarms@outlook.com
Bidder Number: 821398



### KP9663    Hawkins F-1238 38' 3-PT 5-Bar Spike Tooth Harrow

Hawkins F-1238 38' 3-PT 5-Bar Spike Tooth Harrow, SN: 1785
**PAYMENT CODE: 4K6A2GBU**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $4,601.00 |
| Commission: 9.5%. | ($437.10) |
| **Net Proceeds:** | **$4,163.90** |

**Bidder:** Phillip Weatherly, Wilmot, AR, Day: 870-473-2484, pmwf62@hotmail.com
Bidder Number: 142708



### KP9665    1997 Graham-Hoeme 18' 3-PT Chisel Plow

1997 Graham-Hoeme 18' 3-PT Chisel Plow, SN: 9253
**PAYMENT CODE: BSOREDLY**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $800.00 |
| Commission: 9.5%. | ($76.00) |
| **Net Proceeds:** | **$724.00** |

**Bidder:** James Womack - Womack Farms, Oak Grove, LA, Day: 318-974-0988, kvermeer93@gmail.com
Bidder Number: 838449



### KP9669    Prime 14' Pull-Type Box Scraper

Prime 14' Pull-Type Box Scraper, 11-16 Tires, SN: 27601
**PAYMENT CODE: RC67OBXA**

*** ITEM PAID ***

| | |
|---|---:|
| Proceeds | $950.00 |
| Commission: 9.5%. | ($90.25) |
| **Net Proceeds:** | **$859.75** |

**Bidder:** Rusty Hunnicutt, Portland, AR, Day: 870-814-7358, rustyhunnicutt@gmail.com
Bidder Number: 64686

**KP9670**  **International 12' Disk**



International 12' Disk, 20 1/4" front blades, 21" rear blades, 9.5L-15 tires
**PAYMENT CODE: N0DDIVWB**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $1,900.00 |
| Commission: 9.5%. | ($180.50) |
| Net Proceeds: | $1,719.50 |

**Bidder:** Riley Seevers - Rks, Des Arc, AR, Day: 501-388-2509, rkseevers59@gmail.com
Bidder Number: 838605

**KP9671**  **John Deere 4045 TF290 Power Unit**

John Deere 4045 TF290 Power Unit, 4 Cyl, 205/75D15 tires, SN: PE4045R885660
**PAYMENT CODE: R8Q86B0K**

*** ITEM PAID ***

| | |
|---|---|
| Proceeds | $6,200.00 |
| Commission: 9.5%. | ($589.00) |
| Net Proceeds: | $5,611.00 |

**Bidder:** Trent Felton Jr - T&M Farms, Marianna, AR, Day: 870-768-5575, trentfelton@me.com
Bidder Number: 625176

| | |
|---|---|
| Proceeds: | $739,192.00 |
| Commissions: | ($70,223.27) |
| AgUp - Invoice S48702 - S680 Combine Repair | ($1,211.90) |
| Auction Services | ($7,500.00) |
| Combine Repairs - Greenway Equipment | ($1,374.79) |
| JD 8430 Tire Repair - A&H Tire Shop Inv 6053 | ($331.92) |
| Case 25761386618: Credit to Buyer $4,647.63 + $1,500.00 for Lot KH0524 | ($6,147.63) |
| Case 26317392237: Credit to Buyer $2,828.19 for Repair Costs on Lot KH0563 - KS | ($2,828.19) |
| Advertising Fee | ($5,700.00) |
| **Total:** | **$643,874.30** |

| | |
|---|---|
| 7/24/25: Partial Payment - SZ/KS (250724B01X5Q - Wire) | $559,165.40 |
| Payments (Sent): | $559,165.40 |
| Balance Due: | $84,708.90 |

Thank you for using BigIron Online Auctions. If you have any questions, please contact our office at **1-800-937-3558**. Click here to **contact us**. Or, email us at **customer.service@bigiron.com**.

Generated Thu, Jul 24, 2025 3:05 PM CDT, revision 5.5.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

In Re: Bilberry Farm Partnership, Debtor                    Case No: 2:25-11688
                                                           Chapter 12

**<u>NOTICE OF OPPORTUNITY TO RESPOND</u>**

NOTICE IS HEREBY GIVEN that the Debtor in Possession filed a **MOTION TO CORFIRM SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND CLAIMS,** a copy of which is attached hereto.

All creditors and interested parties are HEREBY NOTIFIED to file a written response to the Motion to Confirm Sale of Personal Property Free of Liens and Claims within fourteen (14) days from the date of this notice with the Clerk of the Court at 300 West 2nd Street, Little Rock, AR 72201.

FAILURE TO FILE A WRITTEN RESPONSE TO THE ATTACHED MOTION SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE RELIEF REQUESTED.

<u>IF NO RESPONSE IT TIMELY FILED, COUNSEL FOR THE MOVING PARTY SHALL SUBMIT A PRECEDENT GRANTING THE RELIEF SOUGHT AT THE EXPIRATION OF SAID FOURTEEN (14) DAYS.</u>

If a response opposing the Motion is timely filed, a hearing on same will be set by subsequent notice.

Dated this 21th day of August 2025.

                                   Respectfully submitted,

                                   HAVNER LAW FIRM PA
                                   Post Office Box 21539
                                   White Hall, Arkansas 71612
                                   (870) 534-1803
                                   By: ___/s/ Kyle W. Havner____
                                   KYLE HAVNER #91179

## CERTIFICATE OF SERVICE

I, Kyle Havner, do hereby certify that a copy of the foregoing Notice of Opportunity to Respond has been forwarded to all interested parties whose names and addresses are set forth below, on this 8th day of February 2020.

           \_\_/s/ Kyle W. Havner_____
           KYLE W. HAVNER (91179)

## Creditors

**AgHeritage Farm Credit**
Service PC
119 E. 3rd St., Ste 200
Little Rock, AR 72201

**AgHeritage Farm Credit Services**
119 East Third Street, Suite 200
Little Rock, AR 72201

**Bill's Garage**
527 Hwy 165 South
Po Box 424
Portland, AR 71663

**Chicot Irrigation Inc.**
3435 Hwy. 65 & 82
P. O. Box 267
Lake Village, AR 71653-0267

**Gresham Petroleum Company**
PO Box 192
Mc Gehee, AR 71654

**Helena Agri-Enterprises, LLC**
225 Schilling Blvd., Ste 300
Collierville, TN 38017

**IRS Special Procedures**
Centralized Insolvency
Operations
PO Box 7346

Philadelphia, PA 19101-7346

**James Bilberry**
1004 Lake Shore Drive
Lake Village, AR 71653

**John Deere Financial FSB**
Po Box 6600
Johnston, IA 50131-6600


**Legal Division-dfa**
Department of Finance & Admin.
Room 2380
PO Box 1272
Little Rock, AR 72203

**Mainline Farm LLC**
c/o CT Corporation System
320 S. Izard Street
Little Rock, AR 72201

**Mary-Tipton Thalheimer**
Rose Law Firm
120 East Forth Street
Little Rock, AR 72201

**Nutrein Ag Solutions**
15629 N. USHighway 79
Altheimer, AR 72004

**Productivity Plus Account**
CNH Capital
PO Box 5787
Carol Stream, IL 60197-5787

**Simmons Bank**
P O Box 7009
Pine Bluff, AR 71611-7009

**Simmons Bank**
1612 S. Congress Parkway
Athens, TN 37303

**Triangle Chemical Company**
PO Box 745783
Atlanta, GA 30374-5783

**Village Ag, LLC**

3217 S. Highway 65/82
Lake Village, AR 71653-6131